HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
VICTOR M. CHAVEZ, CA Bar #113752
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561

Attorneys for Defendant
ARMANDO ANDRADE-RUBIO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  1:14-cr-00100 LJO-SKO-1 |
| *Plaintiff*, | |
| vs. | WAIVER OF DEFENDANT'S PERSONAL PRESENCE; ORDER THEREON |
| ARMANDO ANDRADE-RUBIO, | Date: June 16, 2014<br>Time: 1:00 p.m. |
| *Defendant*. | Magistrate Judge: Sheila K. Oberto |

Pursuant to Fed. R. Crim. P. 43(b)(2) and (3), Defendant, ARMANDO ANDRADE RUBIO, having been advised of his right to be present at all stages of the proceedings, hereby requests that this Court proceed in his absence on every occasion that the Court may permit, pursuant to this waiver.  Defendant agrees that his interests shall be represented at all times by the presence of his attorney, the Office of the Federal Defender for the Eastern District of California, the same as if Defendant were personally present, and requests that this court allow his attorney-in-fact to represent his interests at all times.  Defendant further agrees that notice to Defendant's attorney that Defendant's presence is required will be deemed notice to the Defendant of the requirement of his appearance at said time and place.

Defendant makes this request because he resides in Fontana, California.  Due to the distance and expense involved in traveling to Fresno for court appearances it is a financial and personal hardship.  Defendant wishes to limit the number of his personal court appearances to minimize said financial hardship.

This request is made pursuant to Fed.R.Crim.P. 43(b)(2) and (3).

DATED: June 9, 2014          /s/ *Armando Andrade-Rubio*
                             ARMANDO ANDRADE-RUBIO

DATED: June 9, 2014          /s/ *Victor M. Chavez*
                             VICTOR M. CHAVEZ
                             Assistant Federal Defender
                             Attorney for Armando Andrade-Rubio

**O R D E R**

**GOOD CAUSE APPEARING, IT IS HEREBY ORDERED** that Defendant's appearance may be waived at any and all non-substantive pretrial proceedings until further order.

IT IS SO ORDERED.

Dated:   **June 9, 2014**                    **/s/ Sheila K. Oberto**
                                             UNITED STATES MAGISTRATE JUDGE